PROB 12C
(6/16)

Report Date: January 7, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tray Phillip Lillie | Case Number: 0980 1:18CR02003-SAB-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 22, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Stolen Ammunition, 18 U.S.C. § 922 (j) | | |
| Original Sentence: | Prison - 25 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: December 16, 2019 | |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: December 15, 2022 | |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Lillie is considered to be in violation of his conditions of supervised release by failing to report to the U.S. Probation office as directed on December 23 and 27, 2019. |
| | Mr. Lillie's conditions were reviewed with him on December 16, 2019.  He signed his conditions acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above. |
| | On December 16, 2019, Mr. Lillie reported to the U.S. Probation office.  The offender was provided reporting instructions for December 23, 2019, on which he failed to report. |
| | On December 23, 2019, the undersigned officer contacted Mr. Lillie's relative who confirmed she was able to provide Mr. Lillie with additional reporting instructions.  Mr. Lillie's relative was provided reporting instructions for December 27, 2019, to which Mr. Lillie failed to report. |

Prob12C
**Re: Lillie, Tray Phillip**
**January 7, 2020**
**Page 2**

                On January 2, 2019, the undersigned officer contacted Mr. Lillie's relative who confirmed Mr. Lillie was provided reporting instructions, but was not sure why Mr. Lillie failed to report. The relative reported Mr. Lillie remains transient, and is unaware of his current residence. Mr. Lillie's whereabouts is currently unknown.

2      **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: Mr. Lillie is considered to be in violation of his conditions of supervised release by admitting to having used methamphetamine on December 15, 2019.

          Mr. Lillie's conditions were reviewed with him on December 16, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 3, as noted above.

          On December 16, 2019, Mr. Lillie reported to the U.S. Probation office and reported illegal substance use by signing an admission of drug use form, acknowledging he consumed methamphetamine on or about December 15, 2019.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

          I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 7, 2020

s/Nicholas A. Bazan

Nicholas A. Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

January 7, 2020

Date