```
PROB 12C
(6/16)
```
Report Date: April 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Tray Phillip Lillie | | Case Number: 0980 1:18CR02003-SAB-1 |
| Address of Offender: | Wapato, Washington 98951 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 22, 2018

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Ammunition, 18 U.S.C. § 922 (j) | |
| Original Sentence: | Prison - 25 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/15/2020) | Prison - 2 months<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: January 18, 2021 |
| Defense Attorney: | Jeffry K. Finer | Date Supervision Expires: November 17, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

      1     **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.

            **Supporting Evidence**: Mr. Lillie is alleged to have violated his conditions of supervised release by failing to report to the probation department within 72 hours of his release.

            On December 17, 2020, at sentencing, the Court reviewed and confirmed with Mr. Lillie that he understood his conditions of supervised release, which included standard condition number 1, as noted above.

            On January 18, 2021, Mr. Lillie released from the Yakima County Jail. By January 21, 2021, Mr. Lillie failed to report to the probation office or to the undersigned officer, as ordered by the Court. Mr. Lillie has not made himself available for supervision and his current whereabouts is unknown.

Prob12C
**Re: Lillie, Tray Phillip**
**April 14, 2021**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mr. Lillie is alleged to have violated his conditions of supervised release by failing to live at place approved by the probation officer on January 18, 2021.

On December 17, 2020, at sentencing, the Court reviewed and confirmed with Mr. Lillie that he understood his conditions of supervised release, which included standard condition number 5, as noted above.

On January 15, 2021, prior to his release, this officer instructed Mr. Lillie to reside at a relative's home in Wapato, Washington, while pending admission to the residential reentry center. On this date, Mr. Lillie was provided the phone number for contacting the aforementioned relative.

On January 18, 2021, this officer made contact with the above noted relative, who denied Mr. Lillie had arrived at the residence. This officer has called the relative on separate occasions for follow up, with the relative reporting that Mr. Lillie had not arrived at the residence, nor made contact with them. As of the writing of this report, Mr. Lillie's living arrangements are unknown.

3    **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Lillie is alleged to be in violation of his conditions of supervised release by failing to report to the Residential Reentry Center as directed on January 21, 2021.

On December 17, 2020, at sentencing, the Court reviewed and confirmed with Mr. Lillie that he understood his conditions of supervised release, which included special condition number 2, as noted above.

On January 15, 2021, this officer advised Mr. Lillie of his placement at the RRC admission date. On January 21, 2021, Mr. Lillie failed to report for admission to the previously noted RRC admission date. This officer has contacted relatives of the offender, who are unsure why Mr. Lillie did not report. The relatives further advised they do not have contact with Mr. Lillie and they do not know of his current whereabouts.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Lillie, Tray Phillip**
**April 14, 2021**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 14, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/15/201

Date