PROB 12C
(6/16)

Report Date: January 19, 2022

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2022

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Tray Phillip Lillie | Case Number: 0980 1:18CR02003-SAB-1 |
| Address of Offender: | Wapato, Washington 98951 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 22, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Stolen Ammunition, 18 U.S.C. § 922 (j) | | |
| Original Sentence: | Prison - 25 months<br>TSR - 36 months | Type of Supervision: | Term of Supervised Release |
| Revocation Sentence:<br>(12/15/2020) | Prison - 2 months<br>TSR - 34 months | | |
| Asst. U.S. Attorney: | Matthew Stone | Date Supervision Commenced: | January 18, 2021 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | November 17, 2023 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 14, 2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Lillie is alleged to have violated his conditions of supervised release by being charged with RYC 10.01.31 Criminal Trespassing, and RYC 10.01.15 Attempted Breaking and Entering, on January 14, 2022.<br><br>On December 17, 2020, at sentencing, the Court reviewed and confirmed with Mr. Lillie that he understood his conditions of supervised release, which included mandatory condition number 1.<br><br>On January 18, 2022, this officer received a police report from Yakama Nation Police Department reflecting Mr. Lillie was arrested on January 14, 2022, on the federal marshals warrant, as well as Criminal Trespassing (RYC 10.01.31) and Attempted Breaking and Entering (RYC 10.01.15), case number 22-000275. According to the police report, Mr. Lillie attempted to break into the victim's shed on his property. The victim observed Mr. Lillie breaking into his storage shed and when confronted, Mr. Lillie fled from the scene. Per the |

Prob12C
**Re: Lillie, Tray Phillip**
**January 19, 2022**
Page 2

    police report, the victim "chased" Mr. Lillie down and detained him until law enforcement arrived. The victim positively identified Mr. Lillie as the suspect and requested to pursue criminal charges.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 19, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ x ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ x ] Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

January 19, 2022

Date