PROB 12C
(6/16)

Report Date: April 1, 2022

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tray Phillip Lillie          Case Number: 0980 1:18CR02003-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮ Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 22, 2018

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Ammunition, 18 U.S.C. § 922 (j) | |
| Original Sentence: | Prison - 25 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>December 15, 2020 | Prison - 2 months<br>TSR - 34 months | |
| Revocation Sentence:<br>March 16, 2022 | Prison - time served (12 months)<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: March 23, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: September 22, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On December 16, 2019, supervised release conditions were reviewed and signed by Mr. Lillie acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**:  Mr. Lillie is alleged to have violated his supervised release conditions by aborting inpatient treatment on March 31, 2022, from American Behavioral Health Services (ABHS) in Spokane, Washington. |

Prob12C
**Re: Lillie, Tray Phillip**
**April 1, 2022**
Page 2

On March 31, 2022, this officer received an email from a Washington State Department of Corrections (DOC) Community Corrections Officer (CCO), stating that Mr. Lillie aborted inpatient treatment at ABHS.

Later that same day, this officer received a telephone call from staff at ABHS, also stating that Mr. Lillie had aborted from inpatient treatment. Mr. Lillie has failed communicate with the probation office and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 1, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

4/1/2022
Date